IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>APPROXIMATELY $42,800.00 IN U.S. CURRENCY,<br><br>   Defendant. | CASE NO. 1:20-cv-00727-DAD-EPG<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 11) |

On December 23, 2020, the United States filed a Request to Extend the Deadline to file a Joint Scheduling Report in this forfeiture action. (ECF No. 11). The United States argues that no claimant has timely appeared for the currency at issue here, and the United States intends to seek a default and then a default judgment. The Court finds that there is good cause to extend the continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The Mandatory Scheduling Conference is CONTINUED to April 5, 2021 at 10:30 a.m.
2. All other deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **December 23, 2020**         /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

1