IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>APPROXIMATELY $42,800.00 IN U.S. CURRENCY,<br><br>　　　　　　　Defendant. | CASE NO. 1:20-cv-00727-DAD-EPG<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 14) |

On March 29, 2021, the United States filed a Request to Extend the Deadline to Submit a Joint Scheduling Report from March 29, 2021 to May 1, 2021. (ECF No. 14). The United States argues that no claimant has timely appeared for the currency at issue here, that one claimant has sought a request of time through counsel, and that the United States intends to seek defaults against all other potential claimants. The Court finds that there is good cause to continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The mandatory scheduling conference is CONTINUED to May 5, 2020 at 2:00 p.m.; and
2. All other deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:  **March 30, 2021**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE