UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $42,800.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | No. 1:20-cv-00727-DAD-EPG<br><br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion to withdraw as counsel filed on August 16, 2021, by counsel for claimant Meekeo Vue Sengsavang (Doc. No. 27) is hereby referred to United States Magistrate Judge Erica P. Grosjean for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motion set for September 21, 2021 before the undersigned is hereby vacated and a new hearing date will be set by way of minute order by the assigned magistrate judge if a hearing is found to be appropriate on the motion.

IT IS SO ORDERED.

　Dated:　**August 17, 2021**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1