IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $42,800.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | CASE NO. 1:20-cv-00727-DAD-EPG<br><br>ORDER GRANTING MOTION TO COMPEL ANSWERS TO SPECIAL INTERROGATORIES AND REQUESTS FOR PRODUCTION<br><br>(ECF NO. 37) |

　　This matter is before the Court on the motion to compel answers to special interrogatories and requests for production filed by the United States on November 8, 2021. (ECF No. 37). As grounds for the motion, the United States asserts that Claimant Meekeo Sengsavang has failed to respond to its discovery requests in this civil forfeiture action and thus moves for an order compelling answers to its special interrogatories under Federal Rule of Civil Procedure 37(a)(3)(B). Claimant has not responded to the motion, and the time to do so has now expired.

　　After review of the motion and with no opposition filed, IT IS ORDERED that the United States' motion to compel answers to special interrogatories and requests for production (ECF No. 37) is GRANTED as follows:

　　1.　　Claimant Meekeo Sengsavang shall serve the United States with further responses to the United States' First Set of Interrogatories, accompanied by a verification signed under penalty of perjury, within fourteen (14) days of the date of service of this order.

1

2. Claimant Meekeo Sengsavang shall conduct a diligent search and produce all documents in her possession, custody or control in response to the United States' First Request for Production of Documents, with such production within fourteen (14) days of the date of service of this order.

3. Claimant Meekeo Sengsavang is warned that failure to comply with this order may result in the imposition of additional sanctions, including the exclusion of evidence, striking of her answer, and entry of judgment against her.

IT IS SO ORDERED.

Dated:   **November 30, 2021**          /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE