## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

JUDGMENT IN A CIVIL CASE

CASE NO: **1:20−CV−00727−ADA−EPG**

v.

**APPROXIMATELY $42,800.00 IN U.S. CURRENCY,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/26/2022**

**Keith Holland**
Clerk of Court

ENTERED: **September 26, 2022**

by: /s/ O. Rivera
Deputy Clerk