UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $42,800.00 IN U.S. CURRENCY,<br><br>Defendant. | No.  1:20-cv-00727-ADA-EPG<br><br>DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |

This matter came before United States Magistrate Judge Erica P. Grosjean on Plaintiff's ex parte motion for default judgment.  There was no appearance by or on behalf of any other person or entity claiming an interest in the Defendant approximately $42,800.00 in U.S. Currency ("Defendant Currency").  On August 24, 2022, the Magistrate Judge issued findings and recommendations to grant Plaintiff's motion for default judgment.  (ECF No. 51.)  After no party filed objections, the Court adopted the findings and recommendations in full.  (ECF No. 52.)  In that order, the Court granted default judgment against Kong Peng Vang, Moua Lee Vang, William Smith Sable, and Choua Vang, and entered a final judgment of forfeiture pursuant to 21 U.S.C. § 881(a)(6).  (*Id.* at 2.)  On October 13, 2022, Plaintiff filed a proposed order for default judgment and final judgment of forfeiture.  Pursuant to Plaintiff's request, and to the extent the Court's order adopting the Magistrate Judge's findings and recommendations was insufficient, the Court reiterates the effect of its prior order here.

Accordingly,

1. Kong Peng Vang, Moua Lee Vang, William Smith Sable, and Choua Vang are held in default;

2. A judgment by default is hereby entered against any right, title, or interests of Kong Peng Vang, Moua Lee Vang, William Smith Sable, and Choua Vang in the Defendant Currency;

3. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the Defendant Currency to the United States, to be disposed of according to law, including all right, title, and interest of Meekeo Sengsevang, Kong Peng Vang, Moua Lee Vang, William Smith Sable, and Choua Vang; and

4. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   December 7, 2022

UNITED STATES DISTRICT JUDGE